**In re Jack H. HETHERINGTON.**

No. 05–1596.

United States Court of Appeals, Federal Circuit.

Jan. 18, 2006.

ON MOTION

*ORDER*

Jack H. Hetherington and the Director of the United States Patent and Trademark Office move jointly for a remand to the Patent and Trademark Office for continued prosecution of the patent application that is the subject of this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.